# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE ANTONIO TRISTAN, ) <br> ) <br> Defendant. ) | 8:07CR254 <br><br> ORDER |

This matter is before the court on the motion [16] of Denise E. Frost for leave to withdraw as counsel for the defendant. Substitute counsel, Drew H. Kouris, has entered an entry of appearance [13].

**IT IS ORDERED:**

1. The Motion to Withdraw [16] is granted, and the appearance of Denise E. Frost is hereby deemed withdrawn.

2. The provisions and deadlines set in the case progression order [8] remain in effect.

**DATED August 1, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**